| | |
|---|---|
| UNITED STATES DISTRICT COURT | **MEMO ENDORSED** |
| SOUTHERN DISTRICT OF NEW YORK | 18 Cr. 263 (ER) |

-------------------------------------------------X

UNITED STATES OF AMERICA                    ORDER

      v.

RAKING KEARSE and
LORENZO BABROW

                      Defendant.

-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: December 23, 2019

Upon the application of Louis M. Freeman and Donald Yannella based on the annexed motion to compel, it appearing that the Defendant and the Government have agreed that the relief requested is necessary for the proper administration of justice, it is hereby ordered that Sprint Nextel, Inc. is to comply with the Warrant and Order for Historical Cellphone Location Information by January 20, 2020.  The Clerk of Court is respectfully directed to terminate letter motions, Docs 45, and 49.

Dated: December 23 , 2019

    New York, New York

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

In re: Warrant and Order For Historical
Location Information for the Cellphone
Assigned Call Number 347-818-2453,
USAO Reference No. 2014R00514

------------------------------------

**WARRANT AND ORDER**

\_\_\_\_\_ Mag. _____

**Warrant and Order
for Historical Cellphone Location Information**

TO:  Sprint Nextel, Inc. ("Service Provider")
  New York City Police Department ("NYPD"), Federal Bureau of Investigation ("FBI"),
  and United States Marshals Service ("USMS") (the "Investigating Agencies")

Upon the Application and Agent Affidavit submitted by the Government in this matter:

**I. Findings**

The Court hereby finds:

1. The Target Cellphone that is the subject of this Order is assigned call numbers 347-818-2453, and is currently serviced by the Service Provider.

2. Pursuant to 18 U.S.C. § 2703(c)(1)(A) and the applicable provisions of Rule 41 of the Federal Rules of Criminal Procedure, the Government's application sets forth probable cause to believe that the historical location information for the Target Cellphone specified below will reveal evidence, fruits, or instrumentalities of suspected violations of Title 18, United States Code, Sections 924(c), 1201, 1951, and 2 ("the Subject Offenses").

3. Pursuant to 18 U.S.C. § 2703(d), the Government's application also sets forth specific and articulable facts showing that there are reasonable grounds to believe that the historical location information and toll records for the Target Cellphone specified below are relevant and material to an ongoing criminal investigation.

NOW, THEREFORE, pursuant to Fed. R. Crim. P. 41, 18 U.S.C. §§ 2701 *et seq.*, and 18 U.S.C. § 3103a, IT IS HEREBY ORDERED:

**II. Order to Service Provider**

4. **Service Provider.** This Order shall apply to the Service Provider specified above.

5. **Historical Location Information and Toll Records.** The Service Provider shall provide to the Investigating Agencies all available historical cell site location information reflecting the cell towers and sectors thereof utilized in routing any phone, text, or data communication to or from the Target Cellphone, and the approximate range of the target phone from the cell towers during the communication (PCM/RTT data), for the period from March 1, 2014 through March 31, 2014, as well as all available toll records (including call detail, SMS detail, or data session detail records) for the communications.

Dated: New York, New York

_____9/20/19_____     _____10:30 AM_____
       Date Issued                           Time Issued

_____
UNITED STATES DISTRICT JUDGE
Southern District of New York

11

2019-09-19