**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646304-6604                                         **Telephone 212-349-0230**

**ECF**

March 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/13/2020

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

# MEMO ENDORSED

Re:     **U.S. v. Raking Kearse**
        18 Cr. 263 (ER)

Dear Judge Ramos:

    This letter is respectfully submitted to request that the sentencing of Mr. Kearse, currently scheduled for March 20, 2020, be adjourned for approximately thirty days to a date and time convenient to Your Honor.

    We make this request because the recent lockdown at the MCC and developing health crisis have made it impossible for us to have had sufficient time to meet with Mr. Kearse to prepare for sentencing.

    Assistant United States Attorney Jessica Feinstein has informed me that the Government consents to this request.

                                     Respectfully submitted,

                                     /s/Andrew Patel
                                     Andrew G. Patel

cc:     All counsel by ECF

---

Sentencing is adjourned to April 17, 2020, at 11:30 AM.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 3/13/2020
New York, New York