LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 7, 2020

**MEMO ENDORSED**

April 6, 2020

> The bail hearing will now be held at 2:00 PM on April 8.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 4/7/2020
> New York, New York

**VIA ECF AND EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Street
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

RE:  *United States v. Ra'king Kearse*, 18-cr-263 (ER)

Dear Judge Ramos:

I am writing to request respectfully that Your Honor briefly adjourn the time for the hearing on Ra'king Kearse's application for short term release on bail. to later in the day on April 8, 2020.

Last night, Andrew G. Patel, Esq., received an Order to participate in a telephonic conference in connection with *United States v. Andre Decker*, 20-cr-104 (NFR) that will take place on April 8 at 11:15 a.m. Insofar as Mr. Patel is the attorney who spoke with Mr. Kearse, I respectfully request that the hearing on Mr. Kearse's application be rescheduled for at or after 2:00 p.m. on April 8.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

*Attorneys for Ra'king Kearse*

cc:   All Parties (by ECF)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC