**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646304-6604                                                            Telephone 212-349-0230

**ECF**

June 15, 2020

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

**MEMO ENDORSED**

                  Re:    **U.S. v. Raking Kearse**
                           18 Cr. 263 (ER)

Dear Judge Ramos:

      This letter is respectfully submitted to request that the sentencing of Mr. Kearse, currently scheduled for June 25, 2020, be adjourned to a date when this sentencing can be done before Your Honor in open court.

      We have discussed the sentencing of Mr. Kearse during the ongoing health emergency with the Government. It is respectfully submitted that this is not an appropriate matter for a remote sentencing. *See In Re: Coronavirus/COD-19 Pandemic*, Order that Relates to Video Teleconferencing and Telephone Conferencing for Criminal Proceedings, Mar. 30, 2020.   Assistant United States Attorney Margaret Graham has informed me that the Government consents to our request to adjourn the sentencing of Mr. Kearse to a date in October 2020 or such other date and time that would be convenient to Your Honor.

                           Respectfully submitted,


                           ___/s/Andrew Patel_____
                           Andrew G. Patel

cc:    All counsel by ECF

> Sentencing is adjourned to October 15, 2020, at 10:30 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:___6/17/2020_____
> New York, New York