**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646304-6604                                              Telephone 212-349-0230

**ECF**

October 8, 2020

The Honorable Edgardo Ramos
United States District Judge               **MEMO ENDORSED**
United States Courthouse
40 Centre Street
New York, NY 10007

                Re:     **U.S. v. Raking Kearse**
                        18 Cr. 263 (ER)

Dear Judge Ramos:

      This letter is respectfully submitted to request that the sentencing of Mr. Kearse, currently scheduled for October 15, 2020, be adjourned to a date in approximately 90 days that is convenient to Your Honor.

      We make this request to give us sufficient time to prepare our sentencing submission for Mr. Kearse.   The current worldwide pandemic has made it difficult both to meet with Mr. Kearse and to collect information that will be of assistance to Your Honor in determining an appropriate sentence.   Assistant United States Attorney Christopher DiMase has informed me that the Government consents to this request.

                                        Respectfully submitted,

                                          /s/Andrew Patel
                                      Andrew G. Patel

cc:     All counsel by ECF

> The October 15 sentencing is adjourned to January 14, 2021, at 3:30 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  10/13/2020
> New York, New York