# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

September 16, 2021

|  |  |
|---|---|
| **VIA ECF AND EMAIL**<br>The Honorable Edgardo Ramos<br>United States District Judge<br>Southern District of New York<br>40 Foley Street<br>New York, NY 10007<br>ChambersNYSDRamos@nysd.uscourts.gov | The application is __X__ granted<br>_____ denied<br><br>_[signature]_<br>Edgardo Ramos, U.S.D.J<br>Dated: 09/16/2021<br>New York, New York<br><br>SO ORDERED. |

RE: *United States v. Ra'king Kearse*, 18-cr-263 (ER)

Dear Judge Ramos:

    I represent Ra'king Kearse in the above matter. In order to assist in this representation, Your Honor authorized defense counsel to utilize the services of Melissa Lang, a mitigation specialist. Mr. Kearse is presently detained at the Essex County Correctional Center, and I am advised that before Ms. Lang will be allowed to meet with Mr. Kearse without the presence of counsel Your Honor has to issue an Order. Accordingly, I respectfully request that Your Honor So Order this request so that Ms. Lang can meet with Mr. Kearse at any correctional facility including but not limited to Essex County Correctional Center outside the presence of defense counsel.

    Thank you for your consideration.

Respectfully submitted,

_[signature]_

Jill R. Shellow

cc: AUSA Jessica Feinstein (by ECF and email)
      Melissa Lang (by email only)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC