```
UNITED STATES DISTRICT COURT                   USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                  DOCUMENT
                                               ELECTRONICALLY FILED
------------------------------------------- x  DOC#: _____
UNITED STATES OF AMERICA,                   :  DATE FILED: 1-25-24
                                            :
                           Plaintiff,       :
                                            :  18 CR 263 (ALC)
            -against-                       :
                                            :  ORDER
RAKING KEARSE,                              :
                                            :
                           Defendant.       :
                                            :
------------------------------------------- x
```

ANDREW L. CARTER, JR., District Judge:

A Sentencing Hearing is set for **May 2, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
          January 25, 2024

_____
ANDREW L. CARTER, JR.
United States District Judge