USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-12-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

RAKING KEARSE,

                        Defendant.

------------------------------------------------------------------ x

18 CR 263 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Sentencing set for March 28, 2024 is adjourned to **May 10, 2024** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            March 12, 2024

                                                    ANDREW L. CARTER, JR.
                                                    **United States District Judge**