MEMO ENDORSED

# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *4-30-24*

April 25, 2024

**BY ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
ALCarterNYSDChambers@nysd.uscourts.gov

> **RE:   *United States v. Ra-king Kearse, 18-cr-263 (ALC)***

Dear Judge Carter:

Your Honor is scheduled to sentence Ra-king Kearse on May 10, 2024, and the defense sentencing submission is due tomorrow.  I respectfully request an extension of the deadline for our submission until Monday, April 29.  The Passover holiday events consumed more time than anticipated.   I have conferred with AUSA Jonathan Rebold, and the Government consents so long as their deadline is similarly extended from Friday, May 3 to Monday, May 6.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Jonathan Rebold
Andrew G. Patel, Esq.

The application is ✔granted. _denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 4-30-24
NY, New York

Admitted: NY, CT, DC