**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-14-24

---

UNITED STATES

vs.

Raking Kearse

---

18 Cr. 263 ( ALC )

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, Raking Kearse, Reg # 86108-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

5/10/24
Date