USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/29/24



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2024

**BY EMAIL**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Raking Kearse*, S4 18 Cr. 263 (ALC)

Dear Judge Carter,

    The Government respectfully requests that the Court "So Order" this letter authorizing the unsealing of the "S4" Information in the above-docketed case, so that the S4 Information (and the corresponding judgment) can be publicly docketed.

                                       Respectfully submitted,

                                       /s/ Jonathan E. Rebold
                                       Jonathan E. Rebold
                                       Assistant United States Attorney
                                       Southern District of New York
                                       (212) 637-2512

cc:  Jill R. Shellow, Esq. (by email)

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/29/24